UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLS C. HOUSH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD RACKLEY, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-2723 WBS CKD P<br><br><br><br>ORDER |

Plaintiff has filed what the court construes as a request for an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's April 10, 2019 findings and recommendations are vacated;

2. Plaintiff's request for an extension of time (ECF No. 13) is granted; and

3. Plaintiff is granted 30 days within which to file an amended complaint. Failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed without prejudice.

Dated: April 30, 2019

　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
hous2723.ext